**E-FILED**
Friday, 04 August, 2006  09:31:15 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS


DIJON GRISSETTE,
     Plaintiff,

     vs.                              04-4049

BOB STRAIGHT, et. al.,
     Defendants.


<u>CASE MANAGEMENT ORDER</u>

The pro se plaintiff filed this complaint pursuant to 42 U.S.C.§1983 claiming his constitutional rights were violated by three officials at the Henry County Jail.  The plaintiff has has two surviving claims including:

> 1) a claim that the defendants violated his Eighth Amendment right of access to the courts due to repeated delays in receiving mail which caused him to miss court deadlines, and
> 2) a claim that the defendants violated his First Amendment rights based on continued and repeated delays in receiving mail.

The defendants filed a motion for sanctions which the court granted. [d/e 20]   The defendants stated that the plaintiff was properly noticed about  his deposition.  Defense counsel also attempted to contact the plaintiff by telephone and mail to confirm the deposition date without success.  Defense counsel was ready for the scheduled deposition, but the plaintiff failed to appear or contact counsel.   The defendants then filed a motion asking for either dismissal of this case or monetary sanctions.

The court held a hearing on the motion and ordered the plaintiff to pay the costs of the deposition.  The defendants were ordered to submit a bill for any expenses incurred.  The defendants have now filed a second motion for a bill of costs. [d/e 26]

Defense counsel states that she spent 4.3 hours "en route and waiting for plaintiff to appear for his deposition.  At a cost of $165 per hour, the total incurred was 709.50" (Motion, p. 1).   Defense counsel also lists mileage and toll charges as $88.97. The court notes that defense counsel lists her office location as Northbrook,  Illinois.  The defendants have also provided a copy of the court reporter's bill listed as $85.  Therefore, the total cost associated with the plaintiff missing his deposition is $883.47

**IT IS THEREFORE ORDERED that:**

The defendants' motion for a bill of costs is granted. [d/e 26] Costs in the sum of $883.47 are assessed against the plaintiff and ordered taxed against the plaintiff by the Clerk.  The costs are assessed as sanctions pursuant to the court's previous order concerning the plaintiff's failure to comply with discovery procedures in this case.  The costs are ordered paid by the Plaintiff to the Clerk of Court within sixty (60) days of the date of this order.

Enter this 4th day of August 2006.


**s\Harold A. Baker**
_____
Harold A. Baker
United States District Judge